```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       COURT NO: 92 A 20835
        Plaintiff,

    v.                          DEFAULT JUDGMENT

DANIEL W. OWENS

        Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from DANIEL W. OWENS the sum of $3,307.29 as principal, $1,813.59 as accrued prejudgment interest, $227.00 administrative charges, and $134.50 costs, plus $530.00 attorney fees for a total amount of $6,012.38, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

SEP 2 5 1992                    LEONARD A. BROSNAN, CLERK
                                U.S. District Court
                                Central District of California

                                By 
                                   Deputy Clerk